David C. West #3426
Chapter 7 Trustee
321 N. Mall Dr., #O-202
St. George, UT 84790
Tel. (435) 673-0790
Fax (435) 652-8269



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy Case No. 07-25340 WTT |
|---|---|
| ILONA WARD BONFIELD and JACK ALLEN BONFIELD, | Chapter 7 |
| Debtors. | |

**DEPOSIT OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

David C. West, the duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

1. That amounts listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

2. The funds are on deposit in The Bank of New York Mellon, Account # 92000184126866.

3. The claimants and amounts are as follows:

Yellow Book Pacific                $ .85
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

4. A check in the amount of $.85, representing said small dividends and unclaimed funds, made payable to the Clerk, United States Bankruptcy Court is attached hereto.

DATED this day of March 23, 2010.

_David C. West_
David C. West, Trustee

## CERTIFICATE OF SERVICE

I certify that I served a copy of the foregoing Deposit of Small Dividends and Unclaimed Funds to the parties listed below by depositing the same in the United States mail, postage prepaid, this 23rd day of March, 2010.

U.S. Trustees Office
Ken Garff Building
405 South Main Street, Suite 300
Salt Lake City, UT 84111

*David C. West*
David C. West